# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EXPRESS SCRIPTS, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV00966 ERW |
| ) | |
| BUILDING SERVICES LOCAL 32 BJ ) | |
| HEALTH AND PENSION FUNDS, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

Upon review of the Court file, the Court notes that there has been no activity from Defendant Building Services Local 32 BJ Health and Pensions Funds since the return of service upon said Defendant filed on June 19, 2007.

**IT IS HEREBY ORDERED** that Plaintiffs shall file, no later than **July 20, 2007**, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Dated this 10th day of July, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE